# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren Udd, et al., | **NO. CV-18-01616-PHX-DWL** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| City of Phoenix, et al., | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered as outlined in the Verdict and this matter is terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

September 24, 2021

By s/ L. Dixon
Deputy Clerk